**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Derrick Burnett,<br><br>    Plaintiff,<br><br>v.<br><br>Equifax Information Systems, LLC,<br><br>    Defendant. | No.  CV09-2266-PHX-JWS<br><br>**ORDER DISMISSING<br>CASE WITH PREJUDICE** |

Plaintiff and Defendant having stipulated to dismissal of this action with prejudice, and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this action with prejudice, each party to bear its own attorney's fees and costs.

DATED this 6th day of August 2010.

                              /s/ JOHN W. SEDWICK
                              UNITED STATES DISTRICT JUDGE